UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Barnett

    v.                                Civil No. 09-cv-445-JL

Hillsborough County Department
of Corrections, Medical Department

**O R D E R**

    Plaintiff's request to proceed *in forma pauperis* is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.19 is due no later than February 7, 2010. In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Hillsborough County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for *in forma pauperis* has been granted.

    **SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: January 7, 2010

cc:    Stephen Barnett, *pro se*
        Bonnie S. Reed, Financial Administrator
        Hillsborough County Department of Corrections, Inmate Accounts