UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Barnette

v.  Civil No. 09-cv-445-JL

Hillsborough County Department of Corrections, Medical Department

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 12, 2010.

SO ORDERED.

July 27, 2010

_____
Joseph N. Laplante
United States District Judge

cc:  Stephen Barnette, Pro se